No. 79-6884.  FAIR v. GEORGIA, *ante*, p. 986;

No. 80-137.  DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT OF LOUISIANA v. BEAIRD-POULAN, INC., *ante*, p. 971;

No. 80-166.  COLBY v. HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 900;

No. 80-296.  EMPRESAS ELECTRONICAS WALSER, INC., ET AL. v. UNITED STATES, *ante*, p. 953;

No. 80-313.  SUTTON v. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, *ante*, p. 944;

No. 80-321.  STONE ET AL. v. GRAHAM, SUPERINTENDENT OF PUBLIC INSTRUCTION OF KENTUCKY, *ante*, p. 39;

No. 80-322.  KORN v. OHIO, *ante*, p. 944;

No. 80-334.  SILVERMAN v. UNITED STATES, *ante*, p. 954;

No. 80-344.  QUINAULT PACIFIC CORP. ET AL. v. AETNA BUSINESS CREDIT, INC., ET AL., *ante*, p. 954;

No. 80-345.  QUINAULT PACIFIC CORP. ET AL. v. AETNA BUSINESS CREDIT, INC., ET AL., *ante*, p. 954;

No. 80-438.  GRAYDON v. PASADENA REDEVELOPMENT AGENCY ET AL. (HAHN, INC., REAL PARTY IN INTEREST), *ante*, p. 983;

No. 80-556.  CENTRAL LIQUOR CO. ET AL. v. UNITED STATES, *ante*, p. 1022;

No. 80-5061.  O'CONNOR ET UX. v. PALLUDAN CORP., *ante*, p. 944;

No. 80-5151.  BAUN v. CIVILETTI, ATTORNEY GENERAL, ET AL., *ante*, p. 957;

No. 80-5256.  SANDERS ET AL. v. HANKINS, *ante*, p. 959;

No. 80-5308.  BECKER v. EVANS, *ante*, p. 944;

No. 80-5356.  BLAKNEY v. SCHOOL DISTRICT OF PHILADELPHIA, *ante*, p. 985;

No. 80-5357.  BLAKNEY v. SCHOOL DISTRICT OF PHILADELPHIA, *ante*, p. 985; and

No. 80-5384.  WOODARD v. WACHOVIA BANK & TRUST CO. ET AL., *ante*, p. 996.  Petitions for rehearing denied.